MASSACHUSETTS INSTITUTE OF TECHNOLOGY, Plaintiff-Appellee

v.

MICRON TECHNOLOGY, INC., Micron Memory Japan, Inc., Defendants-Appellants

Apple Inc., Elpida Memory, Inc., Elpida Memory USA, Inc., Defendants

2016-2358

United States Court of Appeals, Federal Circuit.

May 9, 2017

STEVEN POLLINGER, McKool Smith, PC, Austin, TX, argued for plaintiff-appellee. Also represented by JOEL LANCE THOLLANDER.

EDWARD R. REINES, Weil, Gotshal & Manges LLP, Redwood Shores, CA, argued for defendants-appellants.

(Reyna, Linn, and Taranto, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Preet M. SINGH, Petitioner

v.

UNITED STATES POSTAL SERVICE, Respondent

2016-2668

United States Court of Appeals, Federal Circuit.

May 9, 2017

CASSADY TOLES, Kern, Noda, Devine & Segal, San Francisco, CA, argued for petitioner.

MARK E. PORADA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., ELIZABETH M. HOSFORD; MORGAN E. REHRIG, Office of General Counsel, United States Postal Service, Washington, DC.

. (Prost, Chief Judge, Reyna and Taranto, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**